# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT of TEXAS
(ABILENE-DIVISION)

| | |
|---|---|
| RUBEN GOO-VELARDE )<br>)<br>)<br>)<br>_Petitioner_ )<br>v. )<br>FCI BIG SPRING )<br>(WARDEN) )<br>)<br>_Respondent_<br>(name of warden or authorized person having custody of petitioner) | Case No. _____<br>_(Supplied by Clerk of Court)_ |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: RUBEN GOO-VELARDE
   (b) Other names you have used: NONE
2. Place of confinement:
   (a) Name of institution: FCI BIG SPRING, FEDERAL CORRECTIONAL INSTITUTION
   (b) Address: 1900 SIMLER AVENUE, BIG SPRING, TX  79720
   (c) Your identification number: 87406-509
3. Are you currently being held on orders by:
   ☑ Federal authorities     ☐ State authorities     ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   X Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: US DISTRICT COURT WESTERN DISTRICT OF TEXAS.
   (b) Docket number of criminal case: 22-CR-00288-DCG-1
   (c) Date of sentencing: OCTOBER 24, 2022

☐ Being held on an immigration charge
☑ Other (*explain*):

Title 21: 952 (A), 21:960(A)(1) & 21:960 (B), 21:960 (B)(I)(H), IMPORTATION OF 500 GRAMS OR MORE OF METHAMPHETAMINE (CT.1)

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

The petitioner, pro se, respectfully moves this Honorable Court pursuant to 28 U.S.C. § 2241 to issue a writ of habeas corpus directing the Bureau of Prisons ("BOP") to apply again his Earned Time Credit ("ETC") under the First Step Act ("FSA") which were removed illegally by the Bureau of Prisons on November 2, 2024. In support thereof, Petitioner will show this Court as follows: (PLEASE SEE ATTACHMENTS)

Petitioner prays that this construed and held to an emergency motion be liberally construed, to a "less stringent standard than those drafted by attorney." Haines v. Kerner, 404 U.S. 519, 520, 92 S.Ct. 592, 30 L.Ed. 2d 652 (1972); see also Govan v. Campbell, 289 F.Supp.2d 289, 295 (N.D.N.Y. 2007).

☐ Pretrial detention'
Immigration detention'
Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings

_____
_____
_____

☐ Other *(explain)*:

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: U.S. DEPARTMENT OF JUSTICE, BUREAU OF PRISIONS IN CONJUNCTION WITH IMMIGRATION AUTHORITIES(ICE)

   (b) Docket number, case number, or opinion number: _____

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

   PETITIONER IS CHALLENGING THAT THE BOP IN CONJUNCTION WITH THE IMMIGRATION AUTHORITIES (ICE) REMOVED ILLEGALLY HIS EARNING TIME CREDITS (ETC) FROM HIS SENTENCE COMPUTATION ON NOVEMBER 2,2024, BEFORE THIS DATE PETITIONER WAS GRANTED WITH SUCH CREDITS.PETITIONER REQUEST RESPECTFULLY FOR THIS HONORABLE COURT AN ORDER FOR THE BOP TO RE-APPLY HIS EARNING TIME CREDITS TO HIS COMPUTATION SENTENCE AND PROTECT HIS RIGHTS UNDER THE FSA ACT LAW. PETITIONER'S CLAIMS TO BE PROTECTED FROM THIS ILLEGAL ACTION BY THE BOP AND ICE. (PLEASE SEE ATTACHMENTS)

   (d) Date of the decision or action: NOVEMBER 2,2024

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   Yes ___  No X
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____
       _____
       _____

   (b) If you answered "No," explain why you did not appeal: ADMINISTRATIVE REMEDY WOULD BE FUTILE AS

PETITIONER HAS A LIBERTY INTEREST AT THIS MOMENT.
(PLEASE SEE ATTACHMENTS)

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?
-Yes              'NO X

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: _____
    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal:  DID NOT PRESENT ANY ADMINISTRATIVE REMEDY

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes   ✔ No

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: _____
    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes   ✔ No

If "Yes," answer the following:
(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
    ☐ Yes   ✔ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes    ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____
_____
_____
_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes    ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes    ' No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____
_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☑ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☑ No
If "Yes," provide:

(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____
_____
_____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE**: PETITIONER AVERS HE HAS EARNED SUBSTANTIAL AMOUNT OF FIRST STEP ACT ("FSA") EARNED TIME CREDIT ("ETC") 18 USC: 3624(a)(4) WHICH WAS GRANTED BY THE BOP EVENTHOUGH PETITIONER HAS A VALID IMMIGRATION DETAINER. (PLEASE SEE COMPUTATION DATA SHEET ATTACHED TO THIS PETITION). UNTIL NOVEMBER 2,2024 THAT WERE ILLEGALLY REMOVED. (PLEASE SEE ATTACHMENTS)

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
PETITIONER HAD BEEN CLASSIFIED ELIGIBLE FOR FSA (EARNING TIME CREDITS) AS PETITIONER DOES NOT HAVE A FINAL DEPORTATION ORDER ISSUED BY A FEDERAL IMMIGRATION JUDGE.
(PLEASE SEE COMPUTATION SHEET ATTACHED)

(b) Did you present Ground One in all appeals that were available to you?
-Yes          No X

**GROUND TWO**: PETITIONER SHOULD BE RE-APPLIED HIS EARNED TIME CREDITS (ETC) BY THE BOP AS THE CONSTITUTION OF THE UNITED STATES IN HIS EQUAL PROTECTION CLAUSE STATES THE FOLLOWING: "EQUAL PROTECTION REFERS TO THE IDEA THAT A GOVERNMENTAL BODY MAY NOT DENY PEOPLE EQUAL PROTECTION OF ITS GOVERNING LAWS, THE GOVERNING BODY STATE MUST TREAT AN INDIVIDUAL IN THE SAME MANNER AS OTHERS IN SIMILAR CONDITIONS AND CIRCUMSTANCES". (PLEASE SEE ATTACHMENTS)

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
PETITIONER WAS BEEN DEEMED ELIGIBLE AND GRANTED EARNING TIME CREDITS (ETC) BY THE BOP, EVENTHOUGH PETITIONER HAS A VALID DETAINER ISSUED BY THE IMMIGRATION AUTHORITIES.BUT THIS CREDITS HAS BEEN REMOVED ILLEGALLY BY THE BUREAU OF PRISONS ON NOVEMBER 2,2024
(PLEASE SEE ATTACHMENTS)

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes          ☒ No

**GROUND THREE**: _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?

☐             Yes    **X-** No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐          Yes   'No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do:   TO ORDER THE BOP TO RE-APPLY PETITONER'S EARNING TIME CREDITS TO HIS
COMPUTATION SENTENCE AS PETITIONER HAS BEEN CLASSIFIED ELIGIBLE FOR THIS CREDITS, PETITIONER
DO NOT HAVE A FINAL IMMIGRATION ORDER OF REMOVAL OR DEPORTATION ISSUED BY AN IMMIGRATION
JUDGE, THEREFORE PETITIONER RESPECTFULLY ASK THIS HONORABLE COURT TO GRANT THIS MOTION
AND ORDER THE BOP TO PROTECT AND PRESERVE PETITIONER'S RIGHTS FROM THE FSA (FIRST STEP ACT).
(PLEASE SEE ATTACHMENTS TO THIS MOTION)-

## Declaration Under Penalty of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:   01/16/2025

x _____
*Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*

# PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
## Instructions

1. **Who Should Use This Form.** You should use this form if
   - you are a federal prisoner and you wish to challenge the way your sentence is being carried out *(for example, you claim that the Bureau of Prisons miscalculated your sentence or failed to properly award good time credits)*;
   - you are in federal or state custody because of something other than a judgment of conviction *(for example, you are in pretrial detention or are awaiting extradition)*; or
   - you are alleging that you are illegally detained in immigration custody.

2. **Who Should Not Use This Form.** You should not use this form if
   - you are challenging the validity of a federal judgment of conviction and sentence *(these challenges are generally raised in a motion under 28 U.S.C. § 2255)*;
   - you are challenging the validity of a state judgment of conviction and sentence *(these challenges are generally raised in a petition under 28 U.S.C. § 2254)*; or
   - you are challenging a final order of removal in an immigration case *(these challenges are generally raised in a petition for review directly with a United States Court of Appeals)*.

3. **Preparing the Petition.** The petition must be typed or neatly written, and you must sign and date it under penalty of perjury. **A false statement may lead to prosecution.**

4. **Answer all the questions.** You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit any legal arguments, you must submit them in a separate memorandum. Be aware that any such memorandum may be subject to page limits set forth in the local rules of the court where you file this petition. If you attach additional pages, number the pages and identify which section of the petition is being continued. All filings must be submitted on paper sized 8½ by 11 inches. **Do not use the back of any page.**

5. **Supporting Documents.** In addition to your petition, you must send to the court a copy of the decisions you are challenging and a copy of any briefs or administrative remedy forms filed in your case.

6. **Required Filing Fee.** You must include the $5 filing fee required by 28 U.S.C. § 1914(a). If you are unable to pay the filing fee, you must ask the court for permission to proceed in forma pauperis – that is, as a person who cannot pay the filing fee – by submitting the documents that the court requires.

7. **Submitting Documents to the Court.** Mail your petition and ____ copies to the clerk of the United States District Court for the district and division in which you are confined. For a list of districts and divisions, see 28 U.S.C. §§ 81-131. All copies must be identical to the original. Copies may be legibly handwritten.

   If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

8. **Change of Address.** You must immediately notify the court in writing of any change of address. If you do not, the court may dismiss your case.

Ruben Goo. Velarde
Reg No 87406_509
FCI Big Spring
Federal Correctional Institution
1900 Simler Avenue
Big-Spring, TX
79720

To: Clerk of court United States
District court for the northern
District of Texas (Abilene Division)
341 Pine Street Room 2008
Abilene, TX 79601

RECEIVED
JAN 2 7 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS