UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

RUBEN GOO-VELARDE,

    Petitioner,

v.

WARDEN, FCI BIG SPRING,

    Respondent.

No. 1:25-CV-00012-H

## ORDER

Petitioner Ruben Goo-Velarde, a self-represented federal prisoner, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging the calculation of his sentence. Petitioner was incarcerated in FCI Big Spring, within the jurisdiction of this Court, when he filed the petition.

Respondent filed a response along with relevant records, urging the Court to dismiss the petition as unexhausted. Dkt. Nos. 8, 9. Alternatively, Respondent argues that Petitioner is not entitled to the relief he seeks. *Id.* Petitioner did not reply.

After reviewing the parties' pleadings and relevant records and based upon the facts and the law set forth in Respondent's response, the Court finds that Petitioner failed to exhaust his administrative remedies, and in any event, he is ineligible for the credit he seeks because he is subject to a final order of removal. The petition is denied and dismissed with prejudice.

So ordered.

The Court will enter judgment accordingly.

Dated October 28, 2025.

                                                  JAMES WESLEY HENDRIX
                                                United States District Judge